UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020

v.

20-CR-130-03 (CM)

**ORDER**

JUAN GRACIANO,

                Defendant.
----------------------------------------------------------X

McMahon, C.J.:

    The Court will hold a telephone conference today, July 9, 2020, at 4:00 p.m., to address defendant's failure to appear for arraignment yesterday, July 8, 2020 at 2:15 p.m.

    To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

April 9, 2020

                                          Colleen McMahon
                                          Chief Judge