UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :     S2 20 CR. 130 (CM)

   - v. -                    :     <u>**SEALED ORDER**</u>

JUAN GRACIANO,                  :

      Defendant.              :

                                :

- - - - - - - - - - - - - - - - - - - x

Upon application of the United States of America, by and through Assistant United States Attorney Peter J. Davis, it is hereby ORDERED that Indictment S2 20 Cr. 130 (CM) and its accompanying arrest warrant, which were filed under seal on July 21, 2020, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
        October 8, 2021

                                       UNITED STATES MAGISTRATE JUDGE
                                       SOUTHERN DISTRICT OF NEW YORK