```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :        **ORDER**
                                          :
                                          :
      Graciano                            :
                                          :        20cr130 (JSR)
                                          :        Docket #
------------------------------------------x


_____, DISTRICT JUDGE:
        Judge's Name

The C.J.A. attorney assigned to this case
  Richard Lind
_____ is hereby ordered substituted
        Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Sabrina Shroff      , NUNC-PRO-TUNC _____.
                         Attorney's Name

                                    SO ORDERED.


                                    _____Jed S. Rakoff_____
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York      10/04/2022